# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1042
LT Case No. 2018-CF-001358

_____

MARCUS ZOHRON MORGAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Marcus Zohron Morgan, Carrabelle, pro se.

No Appearance for Appellee.


August 15, 2023


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____